IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,         )<br>                                   )<br>            Plaintiff,             )<br>                                   )<br>       v.                          )<br>                                   )<br>NOHEMI E. IXCOT-LOPEZ,             )<br>                                   )<br>            Defendant.             )<br>                                   ) | 4:07CR3091<br><br>ORDER |

The court has been advised that defendant no longer wishes to pursue the matter of pretrial release.

IT THEREFORE HEREBY IS ORDERED,

Defendant's motion for pretrial release, filing 13, is denied as moot.

DATED this 18th day of September, 2007.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge